DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
TIRSO GARCIA-VALDEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00044 DAD-BAM |
| Plaintiff, | |
| v. | **ORDER FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |
| TIRSO GARCIA-VALDEZ, | |
| Defendants. | |

    I, TIRSO GARCIA-VALDEZ, defendant, hereby substitute DAVID A. TORRES, 1318 K. Street, Bakersfield, California, 93301, Telephone (661) 326-0857 as my attorney of record in place instead of MARK A. BROUGHTON.

DATED: 5/4/22             _/s/Tirso Garcia_
                                          Tirso Garcia Valdez
                                          Defendant

I consent to the above substitution.

DATED: 5/5/22             _/s/Mark A. Broughton_
                                          Mark A. Broughton
                                          Attorney at Law


DATED:5/5/2022           /s/David A. Torres
                                          DAVID A. TORRES
                                          Attorney at Law
                                          RETAINED

# ORDER

**IT IS SO ORDERED**. David A. Torres is hereby substituted in as attorney of record in place Instead of Mark A. Broughton Attorney at Law.

DATE: 5/6/2022

*Sheila K. Oberto*
U.S. MAGISTRATE JUDGE