1  PHILLIP A. TALBERT
   United States Attorney
2  LAURA JEAN BERGER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,                 CASE NO. 1:20-CR-00044-ADA-BAM

12                        Plaintiff,         STIPULATION REGARDING EXCLUDABLE
                                             TIME PERIODS UNDER SPEEDY TRIAL ACT AS
13            v.                             TO DEFENDANTS GARCIA-VALDEZ AND
                                             GARCIA-CARRANZA; AND ORDER
14 TIRSO GARCIA-VALDEZ, MISAEL
   GARCIA-CARRANZA, AND BRENDA               DATE: November 9, 2022
15 CARMONA-VENEGAS,                          TIME: 1:00 p.m.
                                             COURT: Hon. Barbara A. McAuliffe
16                        Defendants.

17

18                              **STIPULATION**

19        Plaintiff United States of America, by and through its counsel of record, and defendants, by and

20 through defendants' counsel of record, hereby stipulate as follows:

21        1.      By previous order, this matter was set for a status conference on November 9, 2022.

22        2.      By a separate previous order, this matter was set for trial on February 7, 2023, and the

23 court ordered time excluded under the Speedy Trial Act through and including that date. ECF No. 78.

24        3.      The parties therefore stipulate and agree that the status conference set for November 9,

25 2022 is not necessary and should be VACATED.

26 \\\

27 \\\

28 \\\

   STIPULATION REGARDING EXCLUDABLE TIME            1
   PERIODS UNDER SPEEDY TRIAL ACT

1    IT IS SO STIPULATED.

2

3

4   Dated:  November 3, 2022                    PHILLIP A. TALBERT
                                                 United States Attorney
5
                                                 /s/ LAURA JEAN BERGER
6                                                LAURA JEAN BERGER
                                                 Assistant United States Attorney
7

8
    Dated:  November 3, 2022                    /s/ DAVID A. TORRES
9                                                DAVID A. TORRES
                                                 Counsel for Defendant Tirso Garcia-
10                                               Valdez

11

12
    Dated:  November 3, 2022                    /s/ ROGER D. WILSON
13                                               ROGER D. WILSON
                                                 Counsel for Defendant Misael
14                                               Garcia-Carranza

15

16                                **ORDER**

17        IT IS SO ORDERED that the status conference set for November 9, 2022, is vacated. Time was

18   previously excluded through February 7, 2023.

19

20   IT IS SO ORDERED.

21

22       Dated:   **November 4, 2022**            /s/ Barbara A. McAuliffe          _
                                                  UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME              2
PERIODS UNDER SPEEDY TRIAL ACT